Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
(Probation Form 49, Waiver of Hearing, is attached)

| | |
|---|---|
| **Offender Name:** | MONTICELLO MURRELL STEPHENS |
| **Docket Number:** | 1:95CR05260-002 OWW |
| **Name of Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Date of Original Sentence:** | April 22, 1996 |
| **Original Offense:** | <u>Count One</u>: 18 USC 2113(a) & (d), Armed Bank Robbery<br><u>Count Two</u>: 18 USC 924(c)(1), Use of a Firearm During a Crime of Violence |
| **Original Sentence:** | 138 months Bureau of Prisons; 60 months TSR; mandatory drug testing; $100 SA |
| **Special Conditions:** | 1) Search and seizure; 2) Participate in correctional treatment. |
| **Other Court Action:** | None. |
| **Type of Supervision:** | Supervised Release (TSR) |
| **Date Supervision Commenced:** | November 28, 2005 |

Rev. 01/2005
PROB12B.MRG

RE:     Monticello Murrell Stephens
        Docket Number:  1:95CR05260-02 OWW

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows:

**The defendant shall submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, not to exceed four (4) tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).**

## JUSTIFICATION

The defendant is currently being supervised in the Central District of California (CD/CA). The CD/CA probation office is requesting that the above-referenced condition be added to the defendant's supervised release conditions based upon the Ninth Circuit Court of Appeals' finding in *United States v. Stephens (9th Cir. 2005)*. In *United States v. Stephens*, the Court limited the probation officer three random tests outside of treatment. However, the defendant's drug history warrants continued monitoring for return to illicit drugs.

Respectfully submitted,

/s/ Scott J. Waters

Scott J. Waters
Senior United States Probation Officer
Telephone:  (559) 499-5726


**DATED:**       February 16, 2006
                 Fresno, CA


**REVIEWED BY:**     /s/ Bruce A. Vasquez
                     **Bruce A. Vasquez**
                     **Supervising United States Probation Officer**

Rev. 01/2005
PROB12B.MRG

RE:  Monticello Murrell Stephens
    Docket Number:  1:95CR05260-02 OWW

---

**THE COURT ORDERS:**

[x ]  **Modification approved as recommended.**

[ ]  **Modification not approved at this time.  Probation Officer to contact Court.**

Feb. 13, 2006  /s/ OLIVER W. WANGER_____
**Date**  **United States District Judge**

cc:  United States Probation
    United States Attorney Office
    Barry Nix, Defense Attorney
    Defendant
    Court File

Attachment:  Probation Form 49